UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRI L. BERNER AND RON BERNER, h/w | Case Number: 1:10-cv-2144 |
| Plaintiff | |
| vs. | |
| NATIONWIDE RECOVERY SYSTEMS | |
| Defendant | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, JERRI L. BERNER and RON BERNER, h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800